IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-00145-08-CR-W-DGK |
| ) | |
| HAYDEE GRISELDA ERAZO MORENO, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Haydee Griselda Erazo Moreno appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(B) to Count One of the Third Superseding Indictment charging her with a violation of 21 U.S.C. § 841(a)(1), (b)(1)(A), and 846, that is, conspiracy to distribute more than 500 grams of methamphetamine and more than one kilogram of heroin; to Count Two of the Third Superseding Indictment charging her with a violation of 18 U.S.C. § 1956(a)(1)(A)(i), (B)(i), (ii), and (h), that is conspiracy to commit money laundering; and to Count Three of the Third Superseding Indictment charging her with a violation of 18 U.S.C. § 924(c)(1)(A)(i), that is carry, possess, and use firearms during, in relation to, and in furtherance of drug trafficking. Defendant Moreno also admitted the allegations of forfeiture, which include a money judgment to be entered against the defendant, as contained in the Third Superseding Indictment. I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. A record was made of the proceedings and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Haydee Griselda Erazo Moreno's plea of guilty be accepted and that defendant Moreno be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.   28 U.S.C. § 636(b)(1).

    */s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge