IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:19-cr-0145-08-DGK |
| | ) | |
| HAYDEE GRISELDA ERAZO MORENO, | ) | |
| | ) | |
| Defendant. | ) | |

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Lajuana M. Counts, ECF No. 742, to which no objection has been filed, Defendant's plea of guilty is accepted.

Defendant is adjudged guilty of such offense.

Sentencing will be set by another order of the Court.

**IT IS SO ORDERED.**

Date:   July 29, 2022                               /s/ Greg Kays
                                                    GREG KAYS, JUDGE
                                                    UNITED STATES DISTRICT COURT